IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GENARO RICHARD PERRY,<br>          Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>          Respondent. | No. 82931 |
| GENARO RICHARD PERRY,<br>          Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>          Respondent. | No. 83278 ✔ |

FILED

AUG 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER ADMINISTRATIVELY CLOSING THE APPEAL IN DOCKET NO. 83278 AND TRANSFERRING DOCUMENTS

Docket No. 83278 is a pro se appeal from a district court order denying a motion requesting order directing the Las Vegas Metropolitan Police Department to conduct genetic marker and latent fingerprint analysis of evidence impounded at crime scene. Appellant's appeal from this district court order was previously docketed in this court in Docket No. 82931. The clerk of this court inadvertently docketed this appeal as a separate matter when appellant filed a second, duplicative notice of appeal. Accordingly, the clerk is directed to administratively close the appeal in Docket No. 83278 and transfer to Docket No. 82931 all documents filed or received in Docket No. 83278.

It is so ORDERED.

_____, C.J.

21-23258

cc: Hon. Jacqueline M. Bluth, District Judge
Genaro Richard Perry
Jean J. Schwartzer
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A